IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

ANTHONY LORENZO WATKINS,

    Plaintiff,

v.

ALBEMARLE-CHARLOTTESVILLE
REGIONAL JAIL,

    Defendant.

Case No. 7:10CV00271

**FINAL ORDER**

By: Glen E. Conrad
United States District Judge

In accordance with the accompanying memorandum opinion, it is hereby

**ADJUDGED AND ORDERED**

that this civil action is **DISMISSED** without prejudice, pursuant to 28 U.S.C. § 1915A(b)(1), and this action is stricken from the active docket of the court.

ENTER: This 25th day of June, 2010.

United States District Judge